IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ZACHARY TAYLOR, SR, </br> Plaintiff, </br> v. </br> EQUIFAX INFORMATION SERVICES, LLC </br> Defendant. | Civil Action No. 3:17-cv-00009-HEH |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, ZACHARY TAYLOR, SR, and the Defendant, EQUIFAX INFORMATION SERVICES, LLC, by counsel, and hereby moves the Court to dismiss with prejudice all claims against EQUIFAX INFORMATION SERVICES, LLC in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against EQUIFAX INFORMATION SERVICES, LLC is DISMISSED with prejudice.

/s/
Henry E. Hudson
United States District Judge

Entered: June 1, 2017

WE ASK FOR THIS:

_(signature)_

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

_(signature)_

John W. Montgomery, Jr., VSB #37149
TRAYLOR MONTGOMERY & ELLIOTT PC
130 E Wythe St
Petersburg, VA 23803
(804) 861-1122 – Telephone
(8044) 733-6022 – Facsimile
E-mail: jmontgomery@tmande.com
*Counsel for Equifax Information Services, LLC.*